UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROJEANIQUE T. GREEN, | 19-CV-00126 |
| Plaintiff, | |
| VERSUS | JUDGE MARTIN L.C. FELDMAN |
| SOCIAL SECURITY ADMINISTRATION, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendant. | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that that the Motion for Summary Judgment filed by Plaintiff Rojeanique T. Green (Rec. Doc. 13) is DENIED; and the Motion for Summary Judgment filed by Andrew Saul, Commissioner of the Social Security Administration (Rec. Doc. 18) is GRANTED.

New Orleans, Louisiana, this 30th day of January, 2020.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE